# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SANDRA BOND, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>BERKSHIRE BANK and BERKSHIRE HILLS BANCORP,<br><br>        Defendants. | Civil Action<br><br>No. 3:16-CV-30050-MGM |

## JOINT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

Plaintiff Sandra Bond ("Plaintiff") and Defendants Berkshire Bank and Berkshire Hills Bancorp, Inc. (together, "Defendants") jointly move for leave permitting the non-public filing of Plaintiff's briefing and related documents in support of Plaintiff's Motion to Exclude Defendants' Expert Witness (the "Motion") and the non-public filing of Defendants' briefing and related documents in opposition to the Motion.

As grounds for this motion, the parties state as follows:

1.    Pursuant to Federal Rule of Civil Procedure 5.2(d), the Court "may order that a filing be made under seal without redaction." Local Civil Rule 83.6.11 of this Court's Local Rules also permits the Court to order documents to be filed under seal.

2.    Pursuant to the parties' Confidentiality Agreement dated March 20, 2017 (the "Confidentiality Agreement") and filed with this Court (Dkt. No 41), the parties are permitted to designate certain documents, testimony, and other discovery material as "CONFIDENTIAL." Additionally, pursuant to Paragraph 7 of the Confidentiality Agreement, "[i]n the event a party seeks to file any material that is subject to protection under this [Confidentiality] Agreement with the court, the party shall take appropriate action to insure that the documents receive proper

protection from public disclosure including....seeking permission to file the document under seal."

3. Plaintiff's briefing and related documents submitted in support of the Motion refers to and/or includes sworn testimony and material produced in the course of discovery that have been designated by Defendants and/or Plaintiff as "CONFIDENTIAL" under the parties' Confidentiality Agreement. Additionally, Defendants' briefing and related documents filed in opposition to the Motion may similarly refer to and/or include sworn testimony and material produced in the course of discovery that have been designated by Defendants and/or Plaintiff as "CONFIDENTIAL" under the parties' Confidentiality Agreement.

4. On May 8, 2018, Plaintiff filed a motion for leave to file under seal a motion to exclude Defendants' expert's testimony. *See* Dkt. No. 64. By Electronic Order dated May 10, 2018 (Dkt. No. 66), this Court denied Plaintiff's motion without prejudice. In an effort to comply with this Court's Electronic Order dated May 10, 2018, the parties have conferred and agree to work in good faith to review the material designated as "CONFIDENTIAL" referred to and/or included in Plaintiff's briefing and related documents in support of the Motion, and any such material that may be submitted by Defendants in opposition to the Motion, in an effort to remove or reduce the designations of the subject testimony and materials in these filings. The parties have further agreed to complete the review and de-designation process for these briefs and related documents within twenty-one days after the last-filed brief on the Motion. At that time, the parties will re-file their briefs and related documents in the public docket with redactions for material that remains "CONFIDENTIAL" following their good faith review and de-designation efforts.

WHEREFORE, the parties respectfully request that this Joint Motion be granted, and that an order be entered: (1) permitting the non-public filing of Plaintiff's briefing and related documents in support of Plaintiff's Motion to Exclude Defendants' Expert Witness and of Defendants' briefing and related documents in opposition to the Motion, ; (2) directing the parties to re-file redacted public versions of their briefs and related documents within twenty-one days of the last filed brief on Plaintiff's Motion to Exclude Defendants' Expert Witness; and (3) together with such other and further relief as the Court deems just and proper.

**[REMAINDER OF PAGE INTENTIONALLY BLANK]**

Dated: May 11, 2018

Respectfully submitted,

| Plaintiff, by her attorneys, | Defendants, by their attorneys, |
|---|---|
| */s/ Jeffrey S. Morneau* | */s/ Donald R. Frederico* |
| Jeffrey S. Morneau, Esq. (BBO No. 43668) | Donald R. Frederico, Esq. (BBO No. 178220) |
| CONNOR, MORNEAU & OLIN, LLP | PIERCE ATWOOD LLP |
| 273 State Street, Second Floor | 100 Summer Street, Suite 2250 |
| Springfield, Massachusetts 01103 | Boston, Massachusetts 02110 |
| Tel: (413) 455-1730 | (617) 488-8100 |
| jmorneau@cmolawyers.com | dfrederico@pierceatwood.com |
| | |
| */s/ Lee S. Shalov* | */s/ Lucus R. Ritchie* |
| Lee S. Shalov (pro hac vice) | Lucus R. Ritchie, Esq. (pro hac vice) |
| **McLAUGHLIN & STERN, LLP** | Joshua D. Dunlap, Esq. (BBO No. 672312) |
| 260 Madison Avenue | PIERCE ATWOOD LLP |
| New York, New York 10016 | 254 Commercial Street |
| Tel: (212) 448-1100 | Portland, ME 04101 |
| Fax: (212) 448-0066 | (207) 791-1100 |
| lshalov@mclaughlinstern.com | lritchie@pierceatwood.com |
| | jdunlap@pierceatwood.com |

*/s/ Angela M. Edwards*
Angela M. Edwards (BBO No. 565111)
**Law Offices of Angela Edwards**
72 Canterbury Circle
East Longmeadow, MA 01028
Tel: (413) 525-3820
Fax: (413) 214-8870
angelaedwards@charter.net