**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| SANDRA BOND, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BERKSHIRE BANK and BERKSHIRE HILLS BANCORP,<br><br>                    Defendants. | Civil Action<br><br>No. 3:16-CV-30050-MGM |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

In furtherance of her motion for class certification under Federal Rule 23, Plaintiff respectfully brings to the Court's attention the decisions in *Pingston-Polling v. Advia Credit Union*, 2018 U.S. Dist. LEXIS 133745 (W.D. Mich. Aug. 8, 2018) and *Smith v. Bank of Haw.*, 2018 U.S. Dist. LEXIS 37648 (D. Haw. March 7, 2018), copies of which are attached hereto as Exhibits A and B, respectively. In both cases, the courts held that the statute of limitations for a claim for violation of Regulation E of the Electronic Funds Transfer Act ("EFTA") runs anew for each overdraft fee imposed subsequent to the initial overdraft fee, such that a plaintiff may bring a claim for violation of the EFTA based on overdraft fees imposed within one year of the filing of the Complaint, regardless of when the first EFTA overdraft fee was imposed.

Dated: New York, New York
September 6, 2018

Respectfully submitted,

 /s/ Lee S. Shalov
Lee S. Shalov (pro hac vice)
Wade C. Wilkinson (pro hac vice)
Jason S. Giaimo (pro hac vice)
**McLAUGHLIN & STERN, LLP**
260 Madison Avenue
New York, New York 10016
Tel: (212) 448-1100
lshalov@mclaughlinstern.com
wwilkinson@mclaughlinstern.com
jgiaimo@mclaughlinstern.com

Angela M. Edwards (BB No. 565111)
**Law Offices of Angela Edwards**
72 Canterbury Circle
East Longmeadow, Mass. 01028
Tel: (413) 525-3820
angelaedwards@charter.net

Jeffrey S. Morneau, Esq. (BB No. 643668)
**CONNOR, MORNEAU & OLIN, LLP**
273 State Street, Second Floor
Springfield, Massachusetts 01103
Tel: (413) 455-1730
jmorneau@cmolawyers.com

*Attorneys for Plaintiff and Proposed Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2018, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.

Dated: New York, New York
September 6, 2018

    /s/ Lee S. Shalov
Lee S. Shalov (pro hac vice)
**McLaughlin & Stern, LLP**
260 Madison Avenue
New York, New York 10016
(212) 448-1100

*Attorneys for Plaintiff and Proposed Counsel for the Class*