**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**
**SPRINGFIELD DIVISION**

SANDRA BOND, individually and on behalf of
all others similarly situated,

    Plaintiff,

 v.

BERKSHIRE BANK and BERKSHIRE HILLS
BANCORP,

    Defendants.

Civil Action

No. 3:16-cv-30050-MGM

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

In opposing class certification, Defendants assert that Plaintiff is not "typical" of the "EFTA Class" because: (i) EFTA claims have a one year statute of limitations, which is purportedly triggered when the plaintiff's first overdraft fee charge is incurred; and (ii) because, in this case, Plaintiff's first overdraft fee was incurred in January 2011, her Complaint was filed beyond the one year statute of limitations, thus depriving her of "standing" to represent the EFTA Class. *See* Dkt. No. 88, pgs. 23-24. In her reply, Plaintiff cited a decision from the District of Massachusetts, *Diviacchi v. Affinion Group, Inc.*, 2015 U.S. Dist. LEXIS 72353 (D. Mass., March 11, 2015) ("*Diviacchi*"), which rejected Defendants' interpretation of the EFTA's statute of limitations, and held that "[e]ach new transfer constitutes new harm above and beyond the prior harm of a prior violation and it amounts to an independent violation of [the EFTA]." *See* Dkt. No. 100, pgs. 5-6. Applied here, since Plaintiff Sandra Bond incurred overdraft fees within one year of the filing of her Complaint on March 21, 2016, she is not barred from asserting claims under the EFTA, and, thus, satisfies the requirement of typicality for the EFTA Class.

This interpretation of the EFTA was recently endorsed in a decision from the District of Massachusetts captioned *Salls v. Digital Fed. Credit Union*, 2018 U.S. Dist. LEXIS 191083 (Nov. 8, 2018) ("*Salls*"), a copy of which is attached hereto as Exhibit A.  The Court in *Salls* not only held that the plaintiff pleaded viable claims for breach of contract and the implied covenant of good faith and fair dealing in connection with the defendants' imposition of overdraft fees (claims that are virtually identical to those asserted here), it ruled that a bank that assesses overdraft fees violates the express language of Regulation E "'every time it imposes a fee or charge.'"  *Id.* at *19 (citation omitted.)  Accordingly, the Court in *Salls* held that the plaintiff's EFTA claims, "insofar as they occurred within one year of filing her complaint[,] are not time barred."  *Id.* at *20.

Consistent with *Diviacchi* and *Salls*, Plaintiff respectfully requests that the Court certify the EFTA Class from March 21, 2015 (one year before the filing of Plaintiff's Complaint) to the present.

Dated: New York, New York
       November 14, 2018

Respectfully submitted,

*/s/ Lee S. Shalov*
Lee S. Shalov (pro hac vice)
Wade C. Wilkinson (pro hac vice)
Jason S. Giaimo (pro hac vice)
**McLAUGHLIN & STERN LLP**
260 Madison Ave.
New York, New York 10016
Tel: (212) 448-1100
lshalov@mclaughlinstern.com
wwilkinson@mclaughlinstern.com
jgiaimo@mclaughlinstern.com

Angela M. Edwards (BB No. 565111)
**Law Offices of Angela Edwards**
72 Canterbury Circle
East Longmeadow, Mass. 01028
Tel: (413) 525-3820
angelaedwards@charter.net

Jeffrey S. Morneau, Esq. (BB No. 643668)
**CONNOR, MORNEAU & OLIN, LLP**
273 State Street, Second Floor
Springfield, Massachusetts 01103
Tel: (413) 455-1730
Fax: (413) 455-1594
jmorneau@cmolawyers.com

*Attorneys for Plaintiff and Proposed
Counsel for the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2018, I caused the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will distribute a copy of the document to all counsel of record.

Dated: New York, New York
         November 14, 2018

                                    /s/ Lee S. Shalov
                                    Lee S. Shalov (pro hac vice)
                                    **McLaughlin & Stern, LLP**
                                    260 Madison Avenue
                                    New York, New York 10016
                                    (212) 448-1100

                                    *Attorneys for Plaintiff and Proposed*
                                    *Counsel for the Class*